**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

April 23, 2014

Hon. Jose Garza
7414 Robin Rest Dr.
San Antonio, TX 78209

Hon. Martin Golando
2326 W. Magnolia
San Antonio, TX 78201

Hon. Robert J. Salinas
Attorney at Law
2101 Wood Avenue
Donna, TX 78537

Hon. Rolando Rios
Attorney At Law
115 East Travis, Ste. 1645
San Antonio, TX 78205

Re:     Cause No. 13-14-00230-CV
Tr.Ct.No. C-2191-14-A
Style:   Rey Ortiz v. Luis Manuel Singleterry

Enclosed please find a copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   92nd District Court
     Hon. Laura Hinojosa, Hidalgo County District Clerk